IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 17-CR-30038-SMY |
| | ) | |
| DAKOTA L. CHILDS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

On January 5, 2018, defendant Dakota L. Childs waived his interest in the following property which had been seized from the defendant (Doc. 45):

**A HS Products model XDM .40 caliber pistol, serial number MG303253, and any and all ammunition contained therein.**

The government provided an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The Court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning June 30, 2019 and ending July 29, 2019 , and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property. Consequently, the Court finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Waiver (Doc. 45) filed on January 5, 2018, namely.

Accordingly, the United States Marshal or the property custodian for the Bureau of Alcohol, Tobacco, Firearms, and Explosives is **DIRECTED** to dispose of the property according

to law.

**IT IS SO ORDERED.**

**DATED: September 9, 2019**

*[signature]*

**STACI M. YANDLE**
**United States District Judge**